UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, *et. al*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 19-2781 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of November 4, 2019, Plaintiff, The Protect Democracy Project, and Defendant, the United States Department of State ("State Department"), submit the following Joint Status Report for the Court's consideration in this Freedom of Information Act ("FOIA") litigation.

1. Plaintiffs filed their Complaint in this matter on September 17, 2019. ECF No. 1.

2. The Complaint relates to two FOIA requests Plaintiffs submitted to the State Department on July 2, 2019, for documents concerning the E-Collaborative for Civic Education ("ECCE"), Tavaana, and/or the Iran Disinformation Project. Compl. ¶¶ 17-18.

3. The State Department acknowledged receipt of Plaintiffs' FOIA requests on July 19, 2019. *Id.* ¶ 21.

4. The Department of State timely answered Plaintiffs' complaint on November 1, 2019. ECF No. 7.

5. On November 4, 2019, this Court ordered the parties to file a Joint Status Report by November 25, 2019, addressing: "(1) any documents still to be produced pursuant to FOIA; (2)

1

an anticipated schedule for processing and producing any such documents, and (3) any substantive areas of disagreement between the parties." It further set an in-person hearing for December 2, 2019. November 4, 2019, Minute Order.

## Plaintiffs' Position

6. The FOIA requests at issue in this case were filed more than four months ago. They concern a discrete set of documents that should be easily identifiable because Plaintiffs tailored their requests to refer to three specific organizations, as well as several named individuals, many of whom are identified by their Twitter handles.

7. To date, the State Department has done no more than acknowledge the receipt of the requests. It has not produced a single document. And, despite multiple inquiries from Plaintiffs' counsel, Defendant did not offer any update on its collection efforts or proposed production schedule until the day this Joint Status Report was due.

8. Plaintiffs believe this Court should establish a schedule that requires the State Department to complete its processing and production of responsive records by **January 1, 2020**.

9. Plaintiffs also request that this Court establish a briefing schedule to require the State Department to file for summary judgment concerning any documents that it withholds in full or in part (with an accompanying *Vaughn* Index). Plaintiffs propose the following schedule:

    a. Any summary judgment motion Defendant chooses to file is due **February 3, 2020** and must be accompanied by a *Vaughn* Index;

    b. Plaintiff's response, and any cross-motion for summary judgment, is due **March 6, 2020**;

    c. Defendant's response/reply brief is due **April 6, 2020**; and

    d. Plaintiff's reply (if applicable) is due **April 20, 2020**.

**Defendant's Position**

10.  The Department of State represents that its searches for responsive documents are in progress and that it has already collected in excess of 2,000 potentially responsive documents.

11.  The Department of State proposes that it complete its searches by December 13, 2019, that it provide Plaintiffs with the volume of potentially responsive documents and pages by December 18, 2019, and that it make its first interim production to Plaintiffs by January 17, 2019.

12.  The Department of State believes it is premature to set a production schedule or summary judgment briefing schedule before the volume of potentially responsive records is known.  Furthermore, Defendant believes Plaintiffs' proposed production and briefing schedule is far outside the norm for requests as broad and complex as those submitted by Plaintiffs, which may return tens of thousands of pages of documents after the searches are complete.  Defendant therefore proposes that the parties meet and confer once the volume of potentially responsive documents is known, and file a further Joint Status Report with the Court by January 2, 2020, proposing a production schedule.

                                        Respectfully submitted,

Date:  November 25, 2019         */s/ Michael P. Abate*

                                        Michael P. Abate
                                          (DDC Bar No. MD28077)
                                          (DC Bar No. 1023343)
                                        Andrea N. Aikin
                                          (KY Bar No. 96633)
                                          Kaplan Johnson Abate & Bird, LLP
                                          710 W. Main St., 4th Floor
                                          Louisville, KY 40202
                                          mabate@kaplanjohnsonlaw.com
                                          aaikin@kaplanjohnsonlaw.com

                                          Kristy Parker
                                          The Protect Democracy Project, Inc.
                                          2020 Pennsylvania Ave., NW #163

Washington, DC 20006
Phone: 202-599-0466
Fax: 929-777-8428
Kristy.parker@protectdemocracy.org

*Counsel for Plaintiff*

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

*/s/ Diana V. Valdivia*
DIANA V. VALDIVIA
D.C. Bar No. 1006628
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2545
diana.valdivia@usdoj.gov

*Counsel for Defendant*