UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC., *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>        *Defendant*. | Civil Action No. 19-2781 (RDM) |

### JOINT MOTION FOR LEAVE TO FILE JOINT STATUS REPORT

Pursuant to the Federal Rules of Civil Procedure ("Rule") 6(b)(1)(b) and the Court's Minute Order of January 26, 2023, Plaintiff, The Protect Democracy Project, Inc., and Defendant, the U.S. Department of State ("State Department" or "the Agency"), moves for leave to submit the following to update the Court on the status of Defendant's productions in this Freedom of Information Act ("FOIA") lawsuit and to propose a processing and production schedule going forward in this matter.

1. This joint status report was due on April 12, 2023. Undersigned counsel for Defendant had completed the report and shared it with Plaintiff's counsel on March 29, 2023, and Mr. Agate approved the filing of the report. Due to the press of work, undersigned counsel for Defendant failed to file the report on April 12, 2023. Upon double checking, counsel realized her error. It is within the Court's discretion to determine whether attorney error may constitute excusable neglect. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*. 507 U.S. 380 (1993). The Supreme Court has set forth a four-factor test to determine whether excusable neglect exists, namely: (1) danger of prejudice to opposing party; (2) length of delay and potential impact on judicial proceedings; (3) the reason for delay; and (4) whether the movant acted in good faith. Id.

at 395.  *See also In re Vitamins Antitrust Class Actions*, 327 F.3d 1207 (D.C. Cir 2003); *Yesudian v. Howard University*, 270 F.3d 969 (D.C. Cir. 2001).  Here, the Motion will aid the Court in determining the issues for trial-if indeed any issue remains; there is little, if any, prejudice to Plaintiff as fair and full adjudication of all of the issues is a hallmark of our current judicial system; the length of delay is minimal; and although a previous date for filing was scheduled but unfortunately missed, any impact on judicial proceedings is minimal.  Even so, the undersigned does not suggest that she lacks appreciation for the important role that a deadline plays in this Court's management of the cases over which it presides.  Further, the failure to file was inadvertent and there is no evidence of bad faith.

    2.    The State Department reports that, consistent with its representations in the parties' last joint status report, it processed more than 600 pages of potentially responsive records during the previous months per the pre-COVID processing and production schedule in this matter.  On February 15, 2023, the Department released 102 pages of responsive material with certain information withheld pursuant to applicable FOIA exemptions.  Subsequently, on March 15, 2023, the Department released 99 pages of responsive material with certain information withheld pursuant to applicable FOIA exemptions

    3.    The Department further reports that it is continuing to make a good-faith effort to process 600 pages of potentially responsive records for an April 14, 2023, production, per the pre-COVID processing and production schedule in this matter.

    4.    The Parties propose providing the Court with a further Joint Status Report on June 16, 2023.

Date: April 17, 2023
Washington, D.C.

Respectfully submitted,

*/s/ Michael P. Abate*
Michael P. Abate
(DDC Bar No. MD28077)
(DC Bar No. 1023343)
Andrea N. Aikin
(KY Bar No. 96633)
Kaplan Johnson Abate & Bird, LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
mabate@kaplanjohnsonlaw.com
aaikin@kaplanjohnsonlaw.com

Kristy Parker
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
Phone: 202-599-0466
Fax: 929-777-8428
Kristy.parker@protectdemocracy.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ PATRICIA K. MCBRIDE*
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7123
Patricia.mcbride@usdoj.gov

*Attorneys for the United States of America*

3