UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 19-2781 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of January 26, 2023, Plaintiff, The Protect Democracy Project, Inc., and Defendant, the U.S. Department of State ("State Department" or "the Agency"), submit the following to update the Court on the status of Defendant's productions in this Freedom of Information Act ("FOIA") lawsuit and to propose a processing and production schedule going forward in this matter.

1. The State Department reports that, consistent with its representations in the parties' last joint status report, it processed more than 600 pages of potentially responsive records during the previous months per the pre-COVID processing and production schedule in this matter. On April 14, 2023, the Department released 151 pages of responsive material with certain information withheld pursuant to applicable FOIA exemptions. Subsequently, on May 15, 2023, the Department released 90 pages of responsive material with certain information withheld pursuant to applicable FOIA exemptions. And on June 15, 2023, the Department will release 212 pages of responsive material with certain information withheld pursuant to applicable FOIA exemptions.

2. The Department further reports that it is continuing to make a good-faith effort to process 600 pages of potentially responsive records for a July 14, 2023, production, per the pre-COVID processing and production schedule in this matter.

3. The Parties propose providing the Court with a further Joint Status Report on August 18, 2023.

Date: June 12, 2023
Washington, D.C.                                                     Respectfully submitted,

*/s/ Michael P. Abate*                                                MATTHEW M. GRAVES, D.C. Bar #481052
Michael P. Abate                                                     United States Attorney
(DDC Bar No. MD28077)
(DC Bar No. 1023343)                                                 BRIAN P. HUDAK
Andrea N. Aikin                                                      Chief, Civil Division
(KY Bar No. 96633)
Kaplan Johnson Abate & Bird, LLP                        By: */s/ PATRICIA K. MCBRIDE*
710 W. Main St., 4th Floor                                           PATRICIA K. MCBRIDE
Louisville, KY 40202                                                 Assistant United States Attorney
mabate@kaplanjohnsonlaw.com                                          601 D Street, N.W.
aaikin@kaplanjohnsonlaw.com                                          Washington, DC 20530
                                                                     (202) 252-7123
Kristy Parker                                                        Patricia.mcbride@usdoj.gov
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163                                      *Attorneys for the United States of America*
Washington, DC 20006
Phone: 202-599-0466
Fax: 929-777-8428
Kristy.parker@protectdemocracy.org

*Counsel for Plaintiff*