UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 19-2781 (RDM) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to voluntarily dismiss this action with prejudice. Each party agrees to bear their own fees and costs.

Dated:　March 4, 2026
　　　　　Washington, DC

/s/ Michael P. Abate
Michael P. Abate
(DDC Bar No. MD28077)
(DC Bar No. 1023343)
Kaplan Johnson Abate & Bird, LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
mabate@kaplanjohnsonlaw.com

Kristy Parker
The Protect Democracy Project, Inc.
2020 Pennsylvania Ave., NW #163
Washington, DC 20006
Phone: 202-599-0466
Fax: 929-777-8428
Kristy.parker@protectdemocracy.org

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:　　　*Stephanie R. Johnson*
　　STEPHANIE R. JOHNSON
　　DC Bar # 1632338
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 252-7874
　　Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*